15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

v.

Case:1:20-cr-20434
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 09-16-2020 At 03:34 PM
INDI USA V. SEALED MATTER (NA)

D-1    HENRI LEIGH BUCKNER,
D-2    DAVID BARKER,
D-3    MAURICE DEONTAY GOINES,
D-4    TAVEARIA DECARLO WASHINGTON, and
D-5    HARRY LAFONTAINE TAYLOR,

              Defendants.

---

## INDICTMENT

---

**THE GRAND JURY CHARGES**:

**COUNT ONE**
**(21 U.S.C. §§ 846 and 841(a)(1))**
**Conspiracy to Possess with Intent to Distribute and to**
**Distribute Cocaine Base**

**D-1    HENRI LEIGH BUCKNER,**
**D-2    DAVID BARKER,**
**D-3    MAURICE DEONTAY GOINES,**
**D-4    TAVEARIA DECARLO WASHINGTON**

From a date unknown to the Grand Jury, but since at least the fall of 2019, to

on or about September 16, 2020, in the Eastern District of Michigan, HENRI LEIGH

1

BUCKNER, DAVID BARKER, MAURICE DEONTAY GOINES, and

TAVEARIA DECARLO WASHINGTON knowingly conspired and agreed

together and with other persons, both known and unknown to the grand jury, to

possess with intent to distribute and to distribute controlled substances, in violation

of Title 21, United States Code, Section 841(a)(1). The conspiracy as a whole

involved 280 grams or more of a mixture or substance containing a detectable

amount of cocaine base, a Schedule II controlled substance, all of which is

attributable to each defendant as a result of their own individual conduct, and the

conduct of other conspirators reasonably foreseeable to each of them.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

### COUNT TWO
**(21 U.S.C. §§ 846 and 841(a)(1))**
**Conspiracy to Possess with Intent to Distribute and to**
**Distribute Cocaine Base**

**D-1    HENRI LEIGH BUCKNER,**
**D-5    HARRY LAFONTAINE TAYLOR**

From a date unknown to the Grand Jury, but since at least the spring of 2020,

to on or about September 16, 2020, in the Eastern District of Michigan, HENRI

LEIGH BUCKNER and HARRY LAFONTAINE TAYLOR knowingly conspired

and agreed together and with other persons, both known and unknown to the grand

jury, to possess with intent to distribute and to distribute controlled substances, in

2

violation of Title 21, United States Code, Sections 841(a)(1). The conspiracy as a whole involved 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, all of which is attributable to each defendant as a result of their own individual conduct, and the conduct of other conspirators reasonably foreseeable to each of them.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

## COUNT THREE
### Felon in possession of a firearm
### (18 U.S.C. § 922(g)(1))

**D-1   HENRI LEIGH BUCKNER**

On or about February 8, 2019, in the Eastern District of Michigan, Northern Division, Henri Leigh Buckner, knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Ruger 9mm caliber, semi-automatic handgun, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR
### Distribution of Cocaine Base
### (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii))

**D-1   HENRI LEIGH BUCKNER**

Sometime between August 17, 2020, and August 21, 2020, in the Eastern District of Michigan, HENRI LEIGH BUCKNER knowingly and intentionally

distributed 28 grams or more of a mixture or substance containing a detectable

amount of cocaine base, a Schedule II controlled substance, in violation of Title

21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

**COUNT FIVE**
**Distribution of Cocaine Base**
**(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii))**

**D-1  HENRI LEIGH BUCKNER**

On or about the month of September, 2020, in the Eastern District of

Michigan, HENRI LEIGH BUCKNER knowingly and intentionally distributed 28

grams or more of a mixture or substance containing a detectable amount of cocaine

base, a Schedule II controlled substance, in violation of Title 21, United States

Code, Section 841(a)(1) and 841(b)(1)(B)(iii).

**COUNT SIX**
**Distribution of Cocaine Base**
**(21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(iii))**

**D-2  DAVID BARKER**

On or about the month of August, 2020, in the Eastern District of Michigan,

DAVID BARKER knowingly and intentionally distributed 28 grams or more of a

mixture or substance containing a detectable amount of cocaine base, a Schedule II

controlled substance, in violation of Title 21, United States Code, Section

841(a)(1) and 841(b)(1)(B)(iii).

4

## COUNT SEVEN
**Distribution of Cocaine Base**
**(21 U.S.C. § 841(a)(1))**

**D-3    MAURICE DEONTAY GOINES**

On or about the month of January, 2020, in the Eastern District of Michigan,

MAURICE DEONTAY GOINES knowingly and intentionally distributed a

mixture or substance containing a detectable amount of cocaine base, a Schedule II

controlled substance, in violation of Title 21, United States Code, Section

841(a)(1).

## COUNT EIGHT
**Distribution of Cocaine Base**
**(21 U.S.C. § 841(a)(1))**

**D-3    MAURICE DEONTAY GOINES**

On or about the month of February, 2020, in the Eastern District of

Michigan, MAURICE DEONTAY GOINES knowingly and intentionally

distributed a mixture or substance containing a detectable amount of cocaine base,

a Schedule II controlled substance, in violation of Title 21, United States Code,

Section 841(a)(1).

5

## COUNT NINE
### Distribution of Cocaine Base
### (21 U.S.C. § 841(a)(1))

**D-3   MAURICE DEONTAY GOINES**

On or about the month of March, 2020, in the Eastern District of Michigan, MAURICE DEONTAY GOINES knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TEN
### Distribution of Cocaine Base
### (21 U.S.C. § 841(a)(1))

**D-3   MAURICE DEONTAY GOINES**

On or about the month of April, 2020, in the Eastern District of Michigan, MAURICE DEONTAY GOINES knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT ELEVEN
**Distribution of Cocaine Base**
**(21 U.S.C. § 841(a)(1))**

**D-3   MAURICE DEONTAY GOINES**

On or about the month of June, 2020, in the Eastern District of Michigan,

MAURICE DEONTAY GOINES knowingly and intentionally distributed a

mixture or substance containing a detectable amount of cocaine base, a Schedule II

controlled substance, in violation of Title 21, United States Code, Section

841(a)(1).

## COUNT TWELVE
**Distribution of Cocaine Base**
**(21 U.S.C. § 841(a)(1))**

**D-4   TAVEARIA DECARLO WASHINGTON**

On or about the month of April, 2020, in the Eastern District of Michigan,

TAVEARIA DECARLO WASHINGTON knowingly and intentionally distributed

a mixture or substance containing a detectable amount of cocaine base, a Schedule

II controlled substance, in violation of Title 21, United States Code, Section

841(a)(1).

**COUNT THIRTEEN**
**Distribution of Cocaine Base**
**(21 U.S.C. § 841(a)(1))**

**D-4    TAVEARIA DECARLO WASHINGTON**

On or about the month of June, 2020, in the Eastern District of Michigan,

TAVEARIA DECARLO WASHINGTON knowingly and intentionally distributed

a mixture or substance containing a detectable amount of cocaine base, a Schedule

II controlled substance, in violation of Title 21, United States Code, Section

841(a)(1).

**COUNT FOURTEEN**
**Distribution of Cocaine Base**
**(21 U.S.C. § 841(a)(1))**

**D-4    TAVEARIA DECARLO WASHINGTON**

On or about the month of August, 2020, in the Eastern District of Michigan,

TAVEARIA DECARLO WASHINGTON knowingly and intentionally distributed

a mixture or substance containing a detectable amount of cocaine base, a Schedule

II controlled substance, in violation of Title 21, United States Code, Section

841(a)(1).

**COUNT FIFTEEN**
**Distribution of Cocaine Base**
**(21 U.S.C. § 841(a)(1))**

**D-5    HARRY LAFONTAINE TAYLOR**

On or about the month of April, 2020, in the Eastern District of Michigan,

HARRY LAFONTAINE TAYLOR knowingly and intentionally distributed a

mixture or substance containing a detectable amount of cocaine base, a Schedule II

controlled substance, in violation of Title 21, United States Code, Section

841(a)(1).

**COUNT SIXTEEN**
**Distribution of Cocaine Base**
**(21 U.S.C. § 841(a)(1))**

**D-5    HARRY LAFONTAINE TAYLOR**

On or about the month of August, 2020, in the Eastern District of Michigan,

HARRY LAFONTAINE TAYLOR knowingly and intentionally distributed a

mixture or substance containing a detectable amount of cocaine base, a Schedule II

controlled substance, in violation of Title 21, United States Code, Section

841(a)(1).

9

### COUNT SEVENTEEN
### Use of a Communication Facility
### (21 U.S.C. § 843(b))

**D-1   HENRI LEIGH BUCKNER**

Beginning on a date unknown to the grand jury, but at least since the summer of 2019, and continuing at least until September 16, 2020, in the Eastern District of Michigan, Northern Division, HENRI LEIGH BUCKNER knowingly used and caused others to use a communication facility, that is a telephone, in committing, causing, and facilitating the commission of an act or acts constituting a felony under the Controlled Substances Act, that is, conspiracy to possess with intent to distribute and to distribute cocaine base, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), as set forth in Count One and Count Two of this indictment and incorporated by reference herein.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT EIGHTEEN
### Use of a Communication Facility
### (21 U.S.C. § 843(b))

**D-2   DAVID BARKER**

Beginning on a date unknown to the grand jury, but at least since the summer of 2019, and continuing at least until September 16, 2020, in the Eastern District of Michigan, Northern Division, DAVID BARKER knowingly used and caused others

to use a communication facility, that is a telephone, in committing, causing, and

facilitating the commission of an act or acts constituting a felony under the

Controlled Substances Act, that is, that is, conspiracy to possess with intent to

distribute and to distribute cocaine base, in violation of Title 21, United States Code,

Sections 846 and 841(a)(1), as set forth in Count One of this indictment and

incorporated by reference herein.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT NINETEEN
### Use of a Communication Facility
### (21 U.S.C. § 843(b))

**D-3   MAURICE DEONTAY GOINES**

Beginning on a date unknown to the grand jury, but at least since the summer

of 2019, and continuing at least until September 16, 2020, in the Eastern District of

Michigan, Northern Division, MAURICE DEONTAY GOINES knowingly used

and caused others to use a communication facility, that is a telephone, in committing,

causing, and facilitating the commission of an act or acts constituting a felony under

the Controlled Substances Act, that is, that is, conspiracy to possess with intent to

distribute and to distribute cocaine and cocaine base, in violation of Title 21, United

States Code, Sections 846 and 841(a)(1), as set forth in Count One of this indictment

and incorporated by reference herein.

All in violation of Title 21, United States Code, Section 843(b).

**COUNT TWENTY**
**Use of a Communication Facility**
**(21 U.S.C. § 843(b))**

**D-4   TAVEARIA DECARLO WASHINGTON**

Beginning on a date unknown to the grand jury, but at least since the summer of 2019, and continuing at least until September 16, 2020, in the Eastern District of Michigan, Northern Division, TAVEARIA DECARLO WASHINGTON knowingly used and caused others to use a communication facility, that is a telephone, in committing, causing, and facilitating the commission of an act or acts constituting a felony under the Controlled Substances Act, that is, that is, conspiracy to possess with intent to distribute and to distribute cocaine base, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), as set forth in Count One of this indictment and incorporated by reference herein.

All in violation of Title 21, United States Code, Section 843(b).

**COUNT TWENTY-ONE**
**Use of a Communication Facility**
**(21 U.S.C. § 843(b))**

**D-5   HARRY LAFONTAINE TAYLOR**

Beginning on a date unknown to the grand jury, but at least since the summer of 2019, and continuing at least until September 16, 2020, in the Eastern District of

12

Michigan, Northern Division, HARRY LAFONTAINE TAYLOR knowingly used and caused others to use a communication facility, that is a telephone, in committing, causing, and facilitating the commission of an act or acts constituting a felony under the Controlled Substances Act, that is, that is, conspiracy to possess with intent to distribute and to distribute cocaine base, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), as set forth in Count Two of this indictment and incorporated by reference herein.

All in violation of Title 21, United States Code, Section 843(b).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Twenty-One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendants of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all property involved in, or property traceable to, the violations alleged in this Indictment.

13

Dated:   September 16, 2020                      THIS IS A TRUE BILL


                                                 s/Grand Jury Foreperson
                                                 GRAND JURY FOREPERSON


MATTHEW SCHNEIDER
United States Attorney                           s/Timothy Turkelson
                                                 TIMOTHY TURKELSON
ANTHONY P. VANCE                                 Assistant U.S. Attorney
Assistant United States Attorney                 101 First Street, Suite 200
Chief, Branch Offices                            Bay City, Michigan 48708-5747
                                                 (989) 895-5712
                                                 timothy.turkelson@usdoj.gov
                                                 (P53748)

14

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court Eastern District of Michigan | Criminal Case Co | Case:1:20-cr-20434 Judge: Ludington, Thomas L. MJ: Morris, Patricia T. Filed: 09-16-2020 At 03:34 PM INDI USA V. SEALED MATTER (NA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to com

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes          X No | AUSA's Initials: |

**Case Title:** USA v.  Henri Leigh Buckner, et al

**County where offense occurred:**  Saginaw

**Check One:**   X Felony    ☐ **Misdemeanor**    ☐ **Petty**

    X  Indictment/_____Information ---  **no** prior complaint.
    _____Indictment/_____Information ---  based upon prior complaint [Case number:]
    _____Indictment/_____Information ---  based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

    ☐     Corrects errors; no additional charges or defendants.
    ☐     Involves, for plea purposes, different charges or adds counts.
    ☐     Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: September 16, 2020

TIMOTHY TURKELSON
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: timothy.turkelson@usdoj.gov
Attorney Bar #:  P-53748

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.