UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
(BAY CITY)

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 20-cr-20434
Hon. THOMAS L. LUDINGTON

vs.

HENRI LEIGH BUCKNER,

Defendant.
_____/

TIM M. TURKELSON
U.S. Attorney's Office
101 First Street; Suite 200
Bay City, MI 48708-5747
989-891-0361
Email: Timothy.Turkelson@usdoj.gov

BRYAN J. SHERER
Federal Defender Office
111 East Court Street
Suite L-100
Flint, MI 48502
810-232-3600
Email: bryan.sherer@fd.org

SANFORD A. SCHULMAN
Substituting Attorney for Defendant:
    HENRI LEIGH BUCKNER
600 Griswold, Suite 2340
Detroit, Michigan 48226
(313) 963-4740

STEFANIE LAMBERT JUNTTILA
Substituting Co-Counsel and Attorney for Defendant
    HENRI LEIGH BUCKNER
500 Griswold St., Ste. 2340
Detroit, MI 48301
(248) 270-6689
Email: attorneystefanielambert@gmail.com
_____/

1

Stipulation And Consent to

## ~~CONSENT ORDER GRANTING~~ SUBSTITUTION OF COUNSEL
## ON BEHALF OF HENRI LEIGH BUCKNER

NOW COMES the Defendant, HENRI LEIGH BUCKNER, and counsel, and hereby consent to the substitution of SANFORD A. SCHULMAN as counsel and STEFANIE LYNN JUNTTILA as Co-Counsel in the place and stead of assigned counsel BRYAN J. SHERER on behalf of the defendant, HENRI LEIGH BUCKNER, in reference to the captioned matter.

I CONSENT TO THE SUBSTITUTION OF ATTORNEYS SANFORD A. SCHULMAN and STEFANIE LYNN JUNTTILA AS RETAINED COUNSEL IN PLACE OF ASSIGNED COUNSEL BRYAN J. SHERER

HENRI LEIGH BUCKNER
Defendant
Dated:


SO STIPULATED:


/s/ w/consent Bryan J. Sherer
BRYAN J. SHERER
Federal Defender Office
111 East Court Street
Suite L-100
Flint, MI 48502
810-232-3600
Email: bryan.sherer@fd.org

/s/ Sanford A. Schulman
SANFORD A. SCHULMAN
Substituting Lead Attorney for Defendant:
    HENRI LEIGH BUCKNER
600 Griswold, Suite 2340
Detroit, Michigan 48226

2

/s/ Stefanie Lynn Junttila
STEFANIE LYNN JUNTTILA
Substituting Co-Counsel and Attorney for Defendant
    HENRI LEIGH BUCKNER
500 Griswold St., Ste. 2340
Detroit, MI 48301
Email: attorneystefanielambert@gmail.com