UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

CASE NO. 20-cr-20434e

HON. THOMAS L. LUDINGTON655

vs.

HENRI LEIGH BUCKNER,

Defendant.

_____/

TIM TURKELSON
U.S. Attorney's Office
600 Church Street
Suite 210
Flint, MI 48433
(810) 766-5177

STEFANIE LAMBERT JUNTTILA
Attorney for Defendant:
        HENRI BUCKNER
500 Griswold St., Ste. 2340
Detroit, MI 48301
(313) 410-6872
Email: StefanieLambert@protonmail.com

_____/

## **DEFENDANT, HENRI BUCKNER'S SENTENCING MEMORANDUM**

NOW COMES the Defendant, HENRI BUCKNER, by and through his

attorney and STEFANIE LAMBERT JUNTTILA and states in support of his

Sentencing Memorandum as follows:

INTRODUCTION AND OVERVIEW

1

On April 6, 2021, Mr. Henri Buckner pleaded guilty and accepted full responsibility for committing the crime of distributing more than 28 grams of cocaine base under 21 U.S.C. §841(a)(1) and 841(b)(1)(B)(iii).

Mr. Buckner is a father, and soon to be grandfather, and has accepted full responsibility for his actions by pleading guilty and being the first one charged in the instant case to do so.

Nature and Circumstances of the Offense, 18 U.S.C. § 3553(a)(1)

Legal Framework

The Court must "consider all of the § 3553(a) factors," "**make an individualized assessment based on the facts presented**," id. at 49-50 and explain how the facts relate to the purposes of sentencing.  Id. at 53-60; Pepper v. United States, 131 S. Ct. 1229, 124243 (2011).  The Court's "overarching" duty is to "'impose a sentence sufficient, but not greater than necessary' to accomplish the goals of sentencing."  Id. at 101; Pepper, 131 S. Ct. at 1242-43.

History and Characteristics of the Defendant, 18 U.S.C. § 3553 (a)(1).

Mr. Buckner lost both parents as a minor and unfortunately engaged in illegal drug activity to find a way to survive. Mr. Buckner is extremely intelligent, and kind and has committed to living the remainder of his life as a law-abiding citizen. He demonstrates this through helping his daughter who recently graduated college with Mr. Buckner's guidance and support. Additionally, Mr. Buckner provides letters from family, friends, and people in

her community to help this Honorable Court gain insight regarding his character. [Attached hereto as Defendant's Exhibit 1].

Mr. Buckner suffers from documented depression and has attended years of counseling to treat his trauma. His trauma stems from the death of his mother and father at a young age. Mr. Buckner was just ten years old when he arrived home from school to witness his mother's body removed from his home on a stretcher. She was stabbed to death by her boyfriend, Harry Barkley. Henri testified in the trial of the People of the State of Michigan v. Harry Barkley, Case No. 91005650FC. Henri recalls testifying at ten years old and looking at Barkley, his mother's killer while he listened to his mother's last words on a 911 call. Specifically, he remembers her screaming that her boyfriend was kicking in the door, that he was going to kill her, and that he was in the house, and she needed help.

Following the death of his mother, Henri's father died when he was a teenager of pancreatic and lung cancer. While Henri's mother's killer has an earliest release date of April 28, 2026, just 3 years from now, Henri continues to suffer lifelong consequences of being forced to survive in his environment without parents. Henri was left alone in this world in his teens forced to find a way to survive in a dangerous environment which was the impetus to beginning his illegal means to survive.

### The Need for the Sentence to Protect the Public from Further Crimes of the Defendant, 18 U.S.C. § 3553(a)(2)(B)

3

Mr. Buckner concedes that his role in this crime was very wrong, and he accepted responsibility early on to demonstrate this to this Honorable Court. Mr. Buckner's life has changed dramatically while he has been detained on this case. His daughter graduated college and his is going to be a grandfather for the first time. Mr. Buckner desires to avail himself of the RDAPT program and BOP programming to live a quiet life upon release from custody.

<u>Requested Sentence</u>

Mr. Buckner urges this court to consider a sentence of 5 years. Considering the defendant's acceptance of responsibility, compliance with court orders, and the potential inducement of co-defendant pleas since he was the first defendant to pled guilty before this Honorable Court.

Respectfully submitted,

<u>/s/ Stefanie Lambert</u>
STEFANIE LAMBERT JUNTTILA P-71303
Attorney for Defendant:
  HENRI BUCKNER
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
(313) 410-6872

Date: March 21, 2022

4

7