| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT Emergency Warrant Request** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000013993 | **DATE** 04/13/2026 |
|---|---|---|---|---|

| **NAME** BUCKNER, Henri Leigh | **OFFICER** Ashley D. Teeples | **JUDGE** David M. Lawson | **DOCKET #** 20-CR-20434-001 |
|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 05/11/2023 **COMMENCED** 03/18/2025 **EXPIRATION** 03/17/2033 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** III | **TOTAL OFFENSE LEVEL** 34 | **PHOTO** |
|---|---|---|---|---|

| **ASST. U.S. ATTORNEY** William Orr | **DEFENDANT ATTORNEY** Stefanie Lambert |
|---|---|

**REPORT PURPOSE**

**EMERGENCY JUDICIAL RESPONSE REQUESTED**

**ORIGINAL OFFENSE**

Count 4: 21 U.S.C. §841(a)(1) – Distribution of Cocaine Base, More Than 28 Grams

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 94 months, to be followed by an eight-year term of supervised release.

Name of Sentencing Judicial Officer: Honorable Thomas L. Ludington. Case reassigned to the Honorable David M. Lawson on April 13, 2026.

**ORIGINAL SPECIAL CONDITIONS**

1. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.  The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

2. You must participate in a substance abuse treatment program and follow the rules and regulations of that program, which may include testing. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency **Warrant Request** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000013993 | **DATE** 04/13/2026 |
|---|---|---|---|---|

| **NAME** BUCKNER, Henri Leigh | **OFFICER** Ashley D. Teeples | **JUDGE** David M. Lawson | **DOCKET #** 20-CR-20434-001 |
|---|---|---|---|

3. You must submit to substance abuse testing to determine if you have used a prohibited substance.

4. You must not use or possess alcohol in any consumable form, nor shall you be in the social company of any person whom you know to be in possession of alcohol or illegal drugs or frequent an establishment where alcohol is served for consumption on the premises, with the exception of restaurants.

5. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

6. The defendant shall be lawfully and gainfully employed on a full-time basis, or shall be seeking such lawful, gainful employment on a full-time basis. "Full-time" is defined as 40 hours per week. In the event that the defendant has part-time employment, he shall devote the balance of such 40 hours per week to his efforts of seeking additional employment.

Criminal Monetary Penalty: Special Assessment $100.00 (Balance $100.00)

The probation officer believes that the offender has violated the following conditions of Supervised Release:

☒ New Criminal Changes      ☐ Violent Conduct

☐ Whereabouts Unknown (Absconder)      ☐

Violation Number    Nature of Noncompliance

1. **Violation of Mandatory Condition No. 1:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."

On April 10, 2026, HENRI BUCKNER was arrested by officers with the Michigan Department of State Police (MSP) Bay Area Narcotics Team (BAYANET). At the time of his arrest, 1.13 kilograms of cocaine was seized. BUCKNER has been charged in the 70th District Court, Saginaw County, with one count of Possession with Intent to Distribute Cocaine Over 1,000 Grams. BUCKNER is currently in custody at the Bay County Jail, and this case remains pending.

2. **Violation of Mandatory Condition No. 2:** "YOU MUST NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE."

On April 10, 2026, HENRI BUCKNER was arrested by officers with the Michigan Department of State Police (MSP) Bay Area Narcotics Team (BAYANET). At the time of his arrest, 1.13 kilograms of cocaine was seized. BUCKNER has been charged in the 70th District Court,

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency **Warrant Request** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000013993 | **DATE** 04/13/2026 |
|---|---|---|---|---|

| **NAME** BUCKNER, Henri Leigh | **OFFICER** Ashley D. Teeples | **JUDGE** David M. Lawson | **DOCKET #** 20-CR-20434-001 |
|---|---|---|---|

Saginaw County, with one count of Possession with Intent to Distribute Cocaine Over 1,000 Grams. BUCKNER is currently in custody with the Bay County Jail.

| I declare under penalty of perjury that the foregoing is true and correct. **SENIOR PROBATION OFFICER** s/Ashley D. Teeples/slg 989-894-8832 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Matthew A. Romeo 989-894-8829 | **PROBATION ROUTING** Data Entry |

**RECOMMENDING TO THE COURT**

☒　　　To issue a warrant to be used as a detainer

## Superseding Violation Report will follow

**THE COURT ORDERS:**

☒　The issuance of a Warrant

☐　Other

s/David M. Lawson
_____
United States District Judge

April 14, 2026
_____
Date